Matter of Michael T. C. (Aileen A.--Alice P.C.) (2023 NY Slip Op 00861)

Matter of Michael T. C. (Aileen A.--Alice P.C.)

2023 NY Slip Op 00861

Decided on February 15, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 15, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ANGELA G. IANNACCI
LARA J. GENOVESI
JANICE A. TAYLOR, JJ.

2021-02397
2021-02405
 (Docket Nos. G-2014-18, G-2370-18, G-2717-18)

[*1]In the Matter of Michael T. C., Jr. (Anonymous). Aileen A. (Anonymous), appellant; Alice P. C. (Anonymous), respondent.

Salvatore C. Adamo, New York, NY, for appellant.
John R. Lewis, Sleepy Hollow, NY, for respondent.
Legal Aid Society of Rockland County, New City, NY (Jacqueline Sands of counsel), attorney for the child.

DECISION & ORDER
In related proceedings pursuant to Family Court Act article 6, the mother appeals from two orders of the Family Court, Rockland County (Keith J. Cornell, J.), both dated February 8, 2021. The first order, insofar as appealed from, after a hearing, in effect, denied the mother's petition to be appointed the guardian of the subject child and granted that branch of the petition of Alice P. C. which was to be appointed the guardian of the subject child. The second order set forth a schedule of parental access for the mother.
ORDERED that the appeals are dismissed, without costs or disbursements.
In July 2018, Alice P. C. (hereinafter the stepmother) filed a petition, inter alia, to be appointed guardian of the subject child, who was born in September 2000, until he reached the age of 21. Subsequently, Aileen A. (hereinafter the mother) filed a petition seeking to be appointed guardian of the child until he reached the age of 21. In an order dated February 8, 2021, the Family Court, after a hearing, in effect, denied the mother's petition and granted that branch of the stepmother's petition which was to be appointed guardian of the child. In a separate order, also dated February 8, 2021, the court set forth a schedule of parental access for the mother. The mother appeals.
The child is now 21 years old and, therefore, the mother's appeals must be dismissed (see Family Ct Act § 661[a]; SCPA 1707[2]; Matter of Vincenta E.V. v Alexander R.G., 161 AD3d 1180, 1181).
CONNOLLY, J.P., IANNACCI, GENOVESI and TAYLOR, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court